## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRYSTLE TRIPLETT, | ) |
| | ) |
| Plaintiff, | ) 2:23-CV-1723 |
| | ) |
| v. | ) |
| | ) |
| ALLEGHENY COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Having reviewed Magistrate Judge Maureen P. Kelly's Report & Recommendation (ECF 5) and the record in this case for clear error, and having considered that no objections to the Report and Recommendation were filed, the Court finds no clear error on the face of the record.

For this reason, it is ORDERED that Ms. Triplett's complaint is hereby DISMISSED WITHOUT PREJUDICE to refiling pursuant to Federal Rule of Civil Procedure Rule 41. The Report and Recommendation (ECF 5) is adopted as the opinion of the Court.

DATED this 26th day of February, 2024.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Krystle Triplett
Inmate No. 130921
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Krystle Triplett
308 Eddington Street
Pittsburgh, PA 15207